**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| MICHAEL LUSK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:25-cv-02488 |
| | ) | |
| THE CITY OF MEMPHIS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

---

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL CLAIMS**

---

COME NOW the Parties, by and through counsel, and hereby file this stipulation of dismissal as to all of the Plaintiff's federal claims raised against the City of Memphis, Rashad Ross, and Cortez Dunn, both individually and in their official capacities pursuant to Fed. R. Civ. P. 41, without prejudice.

Respectfully submitted this 26th day of September, 2025.

/s/ *Barbaralette Davis*
BARBARALETTE G. DAVIS (BPR# 011500)
Barbaralette.davis@memphistn.gov
Attorney for Defendant, City of Memphis
Sr. Asst. City Attorney
125 N. Main Street, Rm 336
Memphis, TN 38103

/s/ *Mary Elizabeth McKinney*
MARY ELIZABETH MCKINNEY(BPR#021597)
bmckinney@gmlblaw.com
DEBORAH GODWIN (BPR #009972)
dgodwin@gmlblaw.com
Attorneys for Defendants Rashad Ross,
and Cortez Dunn
Godwin, Morris, Laurenzi & Bloomfield, P.C.
80 Monroe, Suite 315
Memphis, Tennessee 38013

*/s/ Nathaniel H. Evans*

NATHANIEL H. EVANS (BPR # 026292)
The Evans Law Firm
625 Market Street, 10th Floor
Knoxville, TN 37902
(865) 523-2755
nate@evanslawfirm.law

**CERTIFICATE OF CONSULATION**

I, Nathaniel Evans, counsel to Plaintiff Michael Lusk, hereby certify that I have consulted opposing counsel in this on this matter. All counsel in this matter have consented to the filing of this motion.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Nathaniel H. Evans*
NATHANIAL H. EVANS