**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| **MICHAEL LUSK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:25-cv-02488-atc** |
| | ) | |
| **THE CITY OF MEMPHIS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## ORDER OF DISMISSAL

---

Before the Court is the parties' Joint Stipulation of Dismissal without Prejudice, filed on September 26, 2025. (ECF No. 26.) The parties stipulate to the voluntary dismissal without prejudice of all claims alleged in this case.

Accordingly, pursuant to the Stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 26th day of September, 2025.

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE